FILED

OCT 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Osama Abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902

Osama abdelfattah

Plaintiff

VS

U.S. Immigration and Customs Enforcement

Case: 1:07-cv-01858
Assigned To : Kennedy, Henry H.
Assign. Date : 10/15/2007
Description: FOIA/Privacy Act

Complaint

# INTRODUCTION

1. This Lawsuit is brought under the Privacy ACT
2. The plaintiff seeks a total of 24 pages still withheld by the defendant ICE

## JURISDICTION & VENUE

3. This Court also has jurisdiction over this action pursuant to  U.S.C. § 552a(g) ("privacy act")
4. Venue is proper in District of Columbia pursuant to the Privacy Act, 5 U.S.C. § 552a (g) (5).
5. Judicial Procedure, 28 U.S.C. § 1391. Because the defendants agencies keep their headquarter in this district.

## PARTIES

6. Plaintiff Osama abdelfattah is  37 years native of Jordan , and permanent resident of united state since June 2004  , Osama lives in 3118 Birchwood CT north Brunswick NJ 08902 works as software eng  , married and has a 4.5 years old daughter , Mr. abdelfattah is a  law abiding person , he has no criminal record , and  never been arrested ,
7. Defendant U.S. Immigration and Customs Enforcement an agency within the Department of Homeland Security , ICE is responsible for enforcing immigration law within united state borders , and  an Executive Branch of the United States Government

## FACTS

8. by a letter dated Feb 25  2006 , the plaintiff submit a FOIA/PA request to ICE
9. two month has passed and the plaintiff did not receive any response from  ICE
10. on may 2006 , the plaintiff sued on New Jersey  Federal court .see case number **(06-cv-02203)**
11. on august 2006 , ICE was ordered  by a U.S Federal Judge  to process the request within twenty days , the case was also closed by the federal judge in District of New jersey see **(05-cv-05212)**
12. On September 2006, the plaintiff received 89 pages from ICE FOIA office.
13. 24 pages was withheld entirely by the defendant ICE
14. the defendant was advised of his right to appeal to the appeal office
15. on September 27 2006 , the plaintiff appealed to the ICE appeal office in Washington DC
16. one year has passed and the plaintiff did not hear from the appeal office

# CAUSES OF ACTION

## First Cause of Action
## (Defendant ICE Violation of Privacy ACT)

17. Plaintiff hereby incorporates the information in paragraphs 2 through 16 above as if fully set forth herein.
18. under the privacy act the defendant has to respond within 10 days to an appeal request
19. the defendant has violated the privacy act

## Seventeen Cause of Action
## (Equal Access to Justice Act)

20. Plaintiff hereby incorporates the information in paragraphs 2 through 16 above as if fully set forth herein.
21. Plaintiff seek attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

22. )

# PRAYER FOR RELIEF

23. **WHEREFORE,** Plaintiff respectively ask the Court to:
24. Assume jurisdiction over this matter
25. Order the defendant to release the 24 remaining pages
26. Award Plaintiff's counsel reasonable attorney's fees and costs; and
27. Grant such other and further relief as may be just and proper.

Respectfully submitted,
Osama Abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902
Phone: 732-993-3392



**U.S. Postal Service**™
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $2.79 |

0312
13
Postmark Here
09/27/2006

Sent To  DHS/ privacy office
Street, Apt. No.; or PO Box No.  ATT Total Appeal  LHO
245 Murray lane building
City, State, ZIP+4  Washington DC 20528

PS Form 3800, June 2002                    See Reverse for Instructions

7006 0100 0001 1903 1117

07 1858
**FILED**
OCT 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

### I (a) PLAINTIFFS

*Osama abdelfattah*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** *88888*
**(EXCEPT IN U.S. PLAINTIFF CASES)**

*Pro se  N/A*

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

### DEFENDANTS

*united state Immigration and Custom enforcement*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT *washington DC*
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE ~~
TRACT OF LAND~~

Case: 1:07-cv-01858
Assigned To : Kennedy, Henry H.
Assign. Date : 10/15/2007
Description: FOIA/Privacy Act

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

□ 3 Federal Question
(U.S. Government Not a Party)

*(○)* 2 U.S. Government Defendant

□ 4 Diversity
(Indicate Citizenship of Parties in item III)

### III CITIZEN~~SHIP OF PRINCIPAL PARTIES~~ (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | *(○)* 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | *(○)* 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| □ A. *Antitrust* | □ B. *Personal Injury/ Malpractice* | □ C. *Administrative Agency Review* | □ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| □ 410 Antitrust | □ 310 Airplane<br>□ 315 Airplane Product Liability<br>□ 320 Assault, Libel & Slander<br>□ 330 Federal Employers Liability<br>□ 340 Marine<br>□ 345 Marine Product Liability<br>□ 350 Motor Vehicle<br>□ 355 Motor Vehicle Product Liability<br>□ 360 Other Personal Injury<br>□ 362 Medical Malpractice<br>□ 365 Product Liability<br>□ 368 Asbestos Product Liability | □ 151 Medicare Act<br><br>**Social Security:**<br>□ 861 HIA ((1395ff)<br>□ 862 Black Lung (923)<br>□ 863 DIWC/DIWW (405(g)<br>□ 864 SSID Title XVI<br>□ 865 RSI (405(g)<br><br>**Other Statutes**<br>□ 891 Agricultural Acts<br>□ 892 Economic Stabilization Act<br>□ 893 Environmental Matters<br>□ 894 Energy Allocation Act<br>□ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

### □ E. *General Civil (Other)* OR □ F. *Pro Se General Civil*

| **Real Property**<br>□ 210 Land Condemnation<br>□ 220 Foreclosure<br>□ 230 Rent, Lease & Ejectment<br>□ 240 Torts to Land<br>□ 245 Tort Product Liability<br>□ 290 All Other Real Property<br><br>**Personal Property**<br>□ 370 Other Fraud<br>□ 371 Truth in Lending<br>□ 380 Other Personal Property Damage<br>□ 385 Property Damage Product Liability | **Bankruptcy**<br>□ 422 Appeal 28 USC 158<br>□ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>□ 535 Death Penalty<br>□ 540 Mandamus & Other<br>□ 550 Civil Rights<br>□ 555 Prison Condition<br><br>**Property Rights**<br>□ 820 Copyrights<br>□ 830 Patent<br>□ 840 Trademark<br><br>**Federal Tax Suits**<br>□ 870 Taxes (US plaintiff or defendant<br>□ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>□ 610 Agriculture<br>□ 620 Other Food &Drug<br>□ 625 Drug Related Seizure of Property 21 USC 881<br>□ 630 Liquor Laws<br>□ 640 RR & Truck<br>□ 650 Airline Regs<br>□ 660 Occupational Safety/Health<br>□ 690 Other<br><br>**Other Statutes**<br>□ 400 State Reapportionment<br>□ 430 Banks & Banking<br>□ 450 Commerce/ICC Rates/etc.<br>□ 460 Deportation | □ 470 Racketeer Influenced & Corrupt Organizations<br>□ 480 Consumer Credit<br>□ 490 Cable/Satellite TV<br>□ 810 Selective Service<br>□ 850 Securities/Commodities/ Exchange<br>□ 875 Customer Challenge 12 USC 3410<br>□ 900 Appeal of fee determination under equal access to Justice<br>□ 950 Constitutionality of State Statutes<br>□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act<br><br>*(3)* |

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☑ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

*Privacy act + foia*

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐   ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☑ YES   ☐ NO   If yes, please complete related case form.   *Number is not known*

**DATE** 10/12/200_   **SIGNATURE OF ATTORNEY OF RECORD**

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.