NOTICE OF MOTION

**RECEIVED**

DEC 10 2007

United States District Court
For the District of Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Osama abdelfattah
Plaintiff,

PLAINTIFF'S NOTICE OF MOTION

-Against-

Civil Action
No. **1:07-cv-01858-HHK**

US immigration and custom Enforcement

(HON Henry H. Kennedy U.S.D.J)

-Defendant(s).

PLEASE TAKE NOTICE that upon the accompanying memorandum of law on the above-captioned action, Plaintiff will move before the Honorable Henry H. Kennedy at United States District Court for the District of Columbia at 333 Constitution Avenue, N.W. Washington, D.C. 20001, at a time and date set by the Court or as Soon thereafter as counsel can be heard, **for leave to file an amended for plaintiff complaint**, pursuant to Rule 15(a) and (d) of the Federal Rules of Civil Procedure, and granting further relief as this Court deems just and proper. A proposed amended complaint accompanies this motion
Dated: North Brunswick, NJ
12/6/2007

Respectfully
submitted:
Osama abdelfattah
PLAINTIFF PRO SE
3118 Birchwood CT
North Brunswick NJ
08902
Phone: 732-993-3392

**MEMORANDUM OF LAW
IN SUPPORT OF MOTION**

United States District Court
For the District of Columbia

Osama abdelfattah
Plaintiff,

                                  PLAINTIFF'S NOTICE OF MOTION

                      -Against-

                                     Civil Action
                                  No. **1:07-cv-01858-HHK**

US immigration and custom Enforcement

                                  (HON Henry H. Kennedy U.S.D.J)
                  -Defendant(s).

**Background**

      Plaintiff initiated this action on 10/15/2007 , this action was brought under Privacy act , mostly likely that the documents which in the positions of the defendant ICE is exempted from disclosure under the privacy act , but can be disclosed under the Freedom of information ACT , in one of the previous case that the plaintiff brought , should the plaintiff need to bring an action under the freedom of information , the plaintiff need a leave from the court to amend his complaint (see attached)

**Memorandum of Points and Authorities**

Plaintiff requests leave to file an amended supplemental complaint under Rule 15(a) and (d) of the Federal Rules of Civil Procedure, which authorizes Rule 15. Amended and Supplemental Pleadings (a) Amendments before Trial. (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course:
- before being served with a responsive pleading
- within 20 days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar

The plaintiff has not yet served the summon upon the defendant or the US attorney office in Washington DC, and will not serve the original complaint until he get a leave from the court to amend his complaint.

Respectfully submitted,

Dated: North Brunswick, NJ
12/6/2007

                                                Respectfully submitted:
Osama abdelfattah
PLAINTIFF PRO SE
3118 Birchwood CT
North Brunswick NJ 08902
Phone: 732-993-3392

CHRISTOPHER J. CHRISTIE
United States Attorney
By: JAMES B. CLARK III
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-6548

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OSAMA ABDELFATTAH, | : | Hon. Joseph A. Greenaway, Jr. |
| Plaintiff, | : | |
| | : | Civ. Nos. 05-5212, |
| v. | : | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP & IMMIGRATION SERVICES, U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, and FEDERAL BUREAU OF INVESTIGATION, | : | **ORDER** |
| | : | **ORDER ON ORAL MOTION** |
| Defendants | : | |

THIS MATTER having been brought to the attention of the Court by counsel for the above-named defendants; and the defendants having requested that the above actions be consolidated, that plaintiff be required to seek leave to amend from the Court should he wish to further plead regarding the requests for production under the Freedom of Information Act (FOIA) which are central to these actions, and that the parties be afforded a schedule for filing cross-motions for summary judgment in these cases; and good cause appearing,

IT IS on this /8 day of May, 2006,

2

ORDERED that the above three civil actions — numbers 05-5212, 06-774, and 06-775 — be and the same are hereby consolidated under Civil Action Number 05-5212; and it is further

ORDERED that should the plaintiff wish to plead anything further with regard to the requests for production under the Freedom of Information Act (FOIA) which are central to these actions, he must seek leave to amend his complaint(s) from the Court before doing so, and it is further

ORDERED that any motions for dispositive relief in these matters, including motions which have already been filed by any party, must be filed no later than July 14, 2006, that any response to those motions must be filed no later than July 28, 2006, and that and reply to those responses must be filed no later than August 4, 2006, and it is further

ORDERED that should the Court decide oral argument on these motions will be necessary, the Court will advise the parties when and where such argument will be conducted.

HON. MADELINE COX ARLEO
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Osama Abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902

Osama abdelfattah

Plaintiff

VS

U.S. Immigration and Customs Enforcement

# INTRODUCTION

1. This Lawsuit is brought under the Privacy ACT
2. The plaintiff seeks a total of 24 pages still withheld by the defendant ICE

## JURISDICTION & VENUE

3. This Court also has jurisdiction over this action pursuant to U.S.C. § 552a(g) ("privacy act")
4. This Court also has jurisdiction over this action pursuant to 5 U.S.C. § 552 , 5 U.S.C. § 552(a)(4)(B)  (Freedom of information act)
5. Venue is proper in District of Columbia pursuant to the Privacy Act, 5 U.S.C. § 552a (g) (5).
6. Venue is proper in District of Columbia pursuant to 5 U.S.C. § 552
7. Judicial Procedure, 28 U.S.C. § 1391. Because the defendants agencies keep their headquarter in this district.

## PARTIES

8. Plaintiff Osama abdelfattah is 37 years native of Jordan , and permanent resident of united state since June 2004 , Osama lives in 3118 Birchwood CT north Brunswick NJ 08902 works as software eng , married and has a 4.5 years old daughter , Mr. abdelfattah is a law abiding person , he has no criminal record , and never been arrested ,
9. Defendant U.S. Immigration and Customs Enforcement an agency within the Department of Homeland Security , ICE is responsible for enforcing immigration law within united state borders , and an Executive Branch of the United States Government

## FACTS

10. by a letter dated Feb 25 2006 , the plaintiff submit a FOIA/PA request to ICE
11. two month has passed and the plaintiff did not receive any response from ICE
12. on may 2006 , the plaintiff sued on New Jersey Federal court .see case number **(06-cv-02203)**
13. on august 2006 , ICE was ordered by a U.S Federal Judge to process the request within twenty days , the case was also closed by the federal judge in District of New jersey see **(05-cv-05212)**
14. On September 2006, the plaintiff received 89 pages from ICE FOIA office.
15. 24 pages was withheld entirely by the defendant ICE
16. the defendant was advised of his right to appeal to the appeal office
17. on September 27 2006 , the plaintiff appealed to the ICE appeal office in Washington DC
18. one year has passed and the plaintiff did not hear from the appeal office

# CAUSES OF ACTION

## First Cause of Action
## (Defendant ICE Violation of Privacy ACT)

19. Plaintiff hereby incorporates the information in paragraphs 2 through 16 above as if fully set forth herein.
20. under the privacy act the defendant has to respond within 10 days to an appeal request
21. the defendant has violated the privacy act

## Second Cause of Action
## (Defendant ICE Violation of Freedom of Information Act)

22. Plaintiff hereby incorporates the information in paragraphs 2 through 16 above as if fully set forth herein.
23. under the Freedom of information act the defendant has to respond within 10 days to an appeal request
24. the defendant has violated the privacy act

## Third Cause of Action
## (Equal Access to Justice Act)

25. Plaintiff hereby incorporates the information in paragraphs 2 through 16 above as if fully set forth herein.
26. Plaintiff seek attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

27. )

# PRAYER FOR RELIEF

28. **WHEREFORE**, Plaintiff respectively ask the Court to:
29. Assume jurisdiction over this matter
30. Order the defendant to release the 24 remaining pages
31. Award Plaintiff's counsel reasonable attorney's fees and costs; and

32. Grant such other and further relief as may be just and proper.

Respectfully submitted,
Osama Abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902
Phone: 732-993-3392
