IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSAMA ABDELFATTAH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATE IMMIGRATION )<br>AND CUSTOMS ENFORCEMENT )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1858 (HHK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record in the above-captioned case.

Respectfully submitted,

　/s/
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street, N.W,
Room E4106
Washington, D.C.  20530
Phone: (202) 514-7224

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

OSAMA ABDELFALTAH
3118 Birchwood Court
North Brunswick, NJ 08902

on this 11TH, day of January, 2008.

                                            /s/
                                    WYNEVA JOHNSON
                                    Assistant United States Attorney
                                    555 4th Street, N.W,
                                    Room E4106
                                    Washington, D.C.  20530
                                    Phone: (202) 514-7224