**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **OSAMA ABDELFATTAH** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-1858 (HHK)** |
| ) | |
| **UNITED STATES IMMIGRATION** ) | |
| **AND CUSTOMS ENFORCEMENT** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully

moves this Court for an Enlargement of Time up to and including February 28, 2008 to file its

dispositive motion in this FOIA case.[1] Plaintiff has no objection to this Motion.

The additional time is requested because Counsel has not received the Declaration from

the agency which will be used to support defendant's motion. Once the Declaration is received,

Counsel and Agency Counsel will be able to complete their discussions and coordination for the

filing of defendant's dispositive motion.

This request for enlargement is made in good faith and is no way designed to delay the

proceedings.

---

[1]The United States Attorney's Office was served was served on December 27. 2007.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
 United States Attorney


_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2008,  that Defendant's

Unopposed Motion for Enlargement of Time was served by First Class, via United States Postal

Service prepaid postage, to:


Osama Abdelfattah
3118 Birchwood Court
North Brunswick, NJ 08902


 

_____
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **OSAMA ABDELFATTAH** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 07-1858 (HHK)** |
| ) | |
| **UNITED STATES IMMIGRATION** ) | |
| **AND CUSTOMS ENFORCEMENT** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time,

and for good cause shown, it is this _____ day of January 2008,

ORDERED, that said motion should be and is hereby granted.

_____
UNITED STATES DISTRICT JUDGE

**Counsel for Defendant**
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

**Plaintiff**
OSAMA ABDELFALTAH
3118 Birchwood Court
North Brunswick, NJ 08902