UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OSAMA ABDELFATTAH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES IMMIGRATION )<br>AND CUSTOMS ENFORCEMENT )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1858 (HHK) |

**DEFENDANT'S UNOPPOSED REQUEST FOR STAY PENDING ADMINISTRATIVE PROCESSING OF PLAINTIFF'S FREEDOM OF INFORMATION ACT APPEAL**

In the matter currently pending before the Court, defendant United States Immigration and Customs Enforcement Agency, a sub-component of the Department of Homeland Security ("ICE-DHS"), processed a Freedom of Information Act (FOIA) request for the plaintiff, for which eighty-nine (89) pages were produced and twenty-four (24) pages were withheld pursuant to FOIA. Plaintiff brought this action to address his administrative appeal of the twenty-four pages withheld.

Plaintiff alleges in his FOIA complaint that he filed an appeal to the ICE Appeal Office in Washington, DC. See Complaint, p. 1. Plaintiff attached a copy of a certified mail receipt to the "DHS Privacy Office" to his Complaint. Id.

The DHS Privacy Office has confirmed that the office has no record of receiving plaintiff's appeal. The DHS mail room does not maintain records of receipt of certified mail.

Defendant requested that plaintiff submit a new appeal. Plaintiff has forwarded a new appeal which will be processed by defendant. Accordingly, defendant requests that this matter be stayed pending processing of plaintiff's FOIA appeal. Defendant will provide a report to the Court and to plaintiff within 45 days on the status of the processing of plaintiff's appeal.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing has been mailed postage prepaid to:

Osama Abdelfattah
3118 Birchwood Court
North Brunswick, NJ 08902


on this <u>28th</u> day of February, 2008.

                    /s/
                Wyneva Johnson
                Assistant United States Attorney
                555 Fourth Street, N.W.
                Washington, D.C. 20530
                (202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OSAMA ABDELFATTAH** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1858 (HHK) |
| ) | |
| **UNITED STATES IMMIGRATION** ) | |
| **AND CUSTOMS ENFORCEMENT** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Request for Stay Pending Administrative Processing of Plaintiff's Freedom of Information Act Appeal, and the entire record herein, and it is this _____ day of _____, 2008,

ORDERED that further proceedings in this case are stayed pending processing of the Plaintiff's Freedom of Information Act administrative appeal.

_____
United States District Judge

cc:

WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

OSAMA ABDELFALTAH
3118 Birchwood Court
North Brunswick, NJ 08902