UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSAMA ABDELFATTAH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES IMMIGRATION )<br>AND CUSTOMS ENFORCEMENT )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1858 (HHK) |

**DEFENDANT'S UNOPPOSED MOTION FOR PROPOSED BRIEFING SCHEDULE**

The United States Immigration and Customs Enforcement Agency, a sub-component of Defendant United States Department of Homeland Security, has completed the processing of Plaintiff's Freedom of Information Act (FOIA) Appeal. The parties have conferred and respectfully request that the Court implement the following briefing schedule:

1. Defendant shall file a dispositive motion on or before June 16, 2008;

2. Plaintiff shall file a response to Defendant's dispositive motion on or before July 16, 2008;

3. Defendant shall file a reply to Plaintiff's response to Defendant's dispositive motion on or before August 1, 2008.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
 United States Attorney


\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Defendant's Unopposed Motion for Briefing Schedule was mailed postage prepaid to plaintiff:

Osama Abdelfattah
3118 Birchwood Court
North Brunswick, NJ 08902


this _____ day of April, 2008.


                                              WYNEVA JOHNSON
                                              Assistant United States Attorney
                                              Judiciary Center Bldg.
                                              555 4th Street, N.W., E-4106
                                              Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSAMA ABDELFATTAH<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION<br>AND CUSTOMS ENFORCEMENT<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1858 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter having come before the Court on the Defendant's Unopposed Motion for Proposed Briefing Schedule, upon consideration of Defendant's motion for a briefing schedule, it is hereby ordered that the motion is granted. The Court hereby implements the following briefing schedule:

1. Defendant shall file a dispositive motion on or before June 16, 2008;

2. Plaintiff shall file a response to Defendant's dispositive motion on or before July16, 2008;

3. Defendant shall file a reply to Plaintiff's response to Defendant's dispositive motion on or before August 1, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: April ____, 2008