# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

OSAMA ABDELFATTAH

V

U.S. Immigration and Customs Enforcement

Defendants

RECEIVED
JUN 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. **1:07-cv-01858-HHK**

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AFFIDAVIT UNDER SEAL

Plaintiff Osama Abdel Fattah respectfully moves this Court for the entry of an Order granting Plaintiff the right to file affidavit under seal
The information that contains in the affidavit is already known to the government, and it would be harmful the Plaintiff reputation is it was not filed under seal.
And it's a critical for the hornable court to know about.
And could a prove a bad faith from the government side to withheld the information especially that the government has labeled every thing under Exemption 2 while every thing should be labeled under Exemption 7


Respectfully submitted

Osama abdelfatath
3118 Birchwood ct
North Brunswick NJ 08902
Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been mailed by first class mail to:

RUDOLPH CONTRERAS
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 514-7224
Attorneys for Defendant

6/16/2008