# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

OSAMA ABDELFATTAH

V

U.S. Immigration and Customs Enforcement

Defendants

**RECEIVED**
JUL 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. **1:07-cv-01858-HHK**

### PLAINTIFF'S MOTION TO WITHDRAW "FOR LEAVE TO FILE AFFIDAVIT UNDER SEAL

Plaintiff Osama Abdel Fattah respectfully moves this Court for the entry of an Order granting Plaintiff to withdraw his "motion to file affidavit under seal " docket number 10 The plaintiff believes that what he wanted to say is already incorporated in plaintiff "Memorandum in Opposition "docket number 11

Respectfully submitted

Osama abdelfatath
3118 Birchwood ct
North Brunswick NJ 08902
Pro Se

7/21/2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been mailed by first class mail to:

RUDOLPH CONTRERAS
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530


WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 514-7224
Attorneys for Defendant


7/21/2008